UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No. 2:15-cv-01633-GMN-VCF |
| | ) |
| CLARK COUNTY DETENTION CENTER, *et al.*, | ) ORDER |
| | ) |
|     Defendants. | ) |
| _____ | |

### I.   DISCUSSION

On February 1, 2016, this Court issued a screening order and ordered Plaintiff to file an amended complaint within 30 days. (ECF No. 7). On March 2, 2016, Plaintiff filed a motion for an extension of time to file his amended complaint. (ECF No. 9).

The Court grants the motion for an extension of time. Plaintiff shall file his third amended complaint no later than **April 25, 2016.**

### II.   CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 9) is **granted**. Plaintiff shall file his amended complaint no later than **April 25, 2016.**

**IT IS FURTHER ORDERED** that if Plaintiff falls to file an amended complaint curing the deficiencies outlined in the screening order (ECF NO. 7), this action shall be dismissed without prejudice.

DATED: This 11th day of March, 2016.

_____
United States Magistrate Judge