UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-01633-GMN-VCF |
| | ) |
| CLARK COUNTY DETENTION CENTER, *et al.*, | ) ORDER |
| | ) |
| Defendants. | ) |

**I.      DISCUSSION**

On February 1, 2016, this Court issued a screening order and ordered Plaintiff to file an amended complaint within 30 days. (ECF No. 7). On April 27, 2016, Plaintiff filed a second motion for an extension of time to file his amended complaint. (ECF No. 11).

The Court grants the motion for an extension of time. Plaintiff shall file his amended complaint no later than **May 9, 2016.**

**II.     CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 11) is **granted**. Plaintiff shall file his amended complaint no later

than **May 9, 2016.**

      **IT IS FURTHER ORDERED** that if Plaintiff falls to file an amended complaint curing the deficiencies outlined in the screening order (ECF NO. 7), this action shall be dismissed without prejudice.

DATED: This __29th__ day of April, 2016.

                                                            _____

                                                                 United States Magistrate Judge