## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE,<br><br>   Plaintiff,<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>   Defendants. | Case No. 2:15-cv-01633-GMN-VCF<br><br>**SCREENING ORDER** |

## I.  DISCUSSION

On April 29, 2016, the Court granted a second extension of time for Plaintiff to file his amended complaint with a deadline of May 9, 2016. (ECF No. 12). Plaintiff did not file an amended complaint by that date and on May 11, 2016, the Court issued an order dismissing Plaintiff's complaint without prejudice and judgment was entered the following day. (ECF No. 13, 14). On May 13, 2016, Plaintiff filed an amended complaint. (ECF No. 15). Accordingly, the Court will reopen this case, reinstate Plaintiff's application to proceed *in forma pauperis*, and vacate the judgment. The Court will screen Plaintiff's amended complaint and issue an order on it in the future.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that this case is hereby REOPENED.

IT IS FURTHER ORDERED that the Judgment entered on May 12, 2016 (ECF No. 14) is VACATED.

1  IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is REINSTATED.

DATED: This __23__ day of May, 2016.

_____
United States District Judge