# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES M. REESE,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>               Defendants. | 2:15-cv-01633-GMN-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion for Stay or Extension of Time for Discovery (ECF No. 55).

Plaintiff seeks a stay of discovery or an extension of discovery deadlines because he was not aware of the discovery rule and he needs additional time to serve the unserved defendants. *Id.*

Plaintiff Reese, appearing *pro se* in this action, is required to follow the rules and orders of the Court and should familiarize himself with the Federal Rules of Civil Procedure as well at the Local Rules of this court. *See Jacobsen v. Filler*, 790 F.2d 1362, 1364-65 (9th Cir. 1986) (holding that *pro se* parties are not excused from following the rules and orders of the court).

Under Local Rule 16-1(b), "in actions by or on behalf of inmates under 42 U.S.C. § 1983...no discovery plan is required," rather "a scheduling order [is] entered within thirty (30) days after the first defendant answers or otherwise appears." Courts have broad discretionary power to control discovery. *See, e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir.1988). As this is an action brought under 42 U.S.C. § 1983, and no scheduling order was entered by the parties, it was appropriate for the Court to enter a discovery order that complies with LR 26-1.

Pursuant to LR 26-4, a motion for stipulation to extend a discovery deadline or to reopen discovery must include:

    (a) A statement specifying the discovery complete;

    (b) A specific description of the discovery that remains to be completed;

    (c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

    (d) A proposed schedule for completing all remaining discovery.

Here, Plaintiff has not given the Court any reason to stay discovery that is in compliance with LR 26-4. Plaintiff's reasons that he was not aware of the discovery rule and that he needs additional time to serve the unserved defendants are insufficient to support a stay of discovery. Plaintiff's motion is not supported by any points or authorities. LR 7-2(a).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Stay or Extension of Time for Discovery (ECF No. 55) is DENIED.

DATED this 19th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE