TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al,<br><br>  Defendants. | Case No: 2:15-cv-01633-GMN-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned Plaintiff hereby consents to and does hereby substitute attorney TREVOR J. HATFIELD, and the law firm of HATFIELD & ASSOCIATES, LTD., as attorney of record for Plaintiff in the above-entitled action, in the place and stead of ALEX GHIBAUDO, ESQ. of the law firm of G LAW.

Attached and incorporated herein are the signatures of Plaintiff JAMES M. REESE and of counsel approving the Substitution of Counsel.

I, JAMES REESE, Plaintiff in the within case, do hereby consent to the substitution of counsel.

DATED this 25 day of August, 2017.         JAMES M. REESE, Plaintiff

By: /s/ James Reese
JAMES M. REESE

ALEX GHIBAUDO, ESQ., of the law firm of G LAW, agrees to the substitution of TREVOR J. HATFIELD, ESQ., of HATFIELD & ASSOCIATES, LTD., as Attorney of Record for JAMES M. REESE, Plaintiff in the above-entitled action, in his place and stead.

G LAW

By: _____
Alex Gibaudo, Esq. (SBN 10592)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 385-2036 Tel.
Email: alex@alexglaw.com
*Former Attorney for Plaintiff*

TREVOR J. HATFIELD, ESQ., of the law firm of HATFIELD & ASSOCIATES, LTD, agrees to be substituted as Attorney of Record for Plaintiff, JAMES M. REESE, in the above-entitled action.

DATED this 25th day of August, 2017.

HATFIELD & ASSOCIATES, LTD.

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89107
(702) 388-4469 Tel.
Email: tjhatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

///
///
///
///
///
///
///
///

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-1-2017

## CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2017, I electronically filed the foregoing SUBSTITUTION OF COUNSEL with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 28th day of August, 2017.

By: /s/ Freda P. Brazier
An Employee of Hatfield & Associates, Ltd.