| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>**HATFIELD & ASSOCIATES, LTD.**<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>*thatfield@hatfieldlawassociates.com* |
| 6 | *Attorney for Plaintiff* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE,<br><br>         Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al,<br><br>         Defendants. | CASE NO: 2:15-cv-01633-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANTS TO REPLY** |

COMES NOW, Plaintiff, JAMES M. REESE, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, CLARK COUNTY DETENTION CENTER, et al (hereinafter "Defendants"), by and through its counsel, Adam Paul Laxalt, Nevada Attorney General, and Michael M. Miles, Nevada Deputy Atttorney General, and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF No. 75] and the time for Defendants to Reply to Plaintiff's Response. Accordingly, Plaintiff shall have up to and including March 8, 2018 to respond to Defendants' Motion and Defendants shall have up to and including March 22, 2018 to file a Reply. Plaintiff's attorney is requesting the extension because he has significant conflicts in his work schedule including twenty-three (23) depositions, four (4) hearings, one (1) arbitration hearing and five (5) settlement conferences scheduled through the last week of January through the first week of March 2018.

1

| | |
|---|---|
| Dated: February 22, 2018. | Dated: February 22, 2018. |
| ADAM PAUL LAXALT<br>Attorney General | HATFIELD & ASSOCIATES, LTD. |
| /s/ Michael M. Miles | /s/ Trevor J. Hatfield |
| _____<br>Michael M. Miles, Esq. (SBN 10932)<br>Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>mmiles@ag.nv.gov<br>*Attorneys for Defendants* | _____<br>Trevor J. Hatfield, Esq. (SBN 7373)<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**IT IS HEREBY ORDERED that the above stipulation, (ECF No. 78), is GRANTED.**

Dated this  23  day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT

Respectfully submitted:

Dated: February 22, 2018

**HATFIELD & ASSOCIATES, LTD.**

By:   */s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANT TO REPLY** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 22nd day of February, 2018.
        **HATFIELD & ASSOCIATES, LTD.**

        By:  /s/ *Trevor J. Hatfield*

        Trevor J. Hatfield, Esq. (SBN 7373)
        703 South Eighth Street
        Las Vegas, Nevada 89101
        (702) 388-4469 Tel.
        *Attorney for Plaintiff*