1   TREVOR J. HATFIELD, ESQ.
    Nevada Bar No. 7373
2   **HATFIELD & ASSOCIATES, LTD.**
    703 South Eighth Street
3   Las Vegas, Nevada 89101
    (702) 388-4469 Tel.
4   (702) 386-9825 Fax
5   *thatfield@hatfieldlawassociates.com*

6   *Attorney for Plaintiff*

7                       **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10  JAMES M. REESE,                                CASE NO: 2:15-cv-01633-GMN-VCF

11          Plaintiff,

12      vs.                                        **STIPULATION AND ORDER TO
                                                   EXTEND TIME FOR PLAINTIFF TO
13  CLARK COUNTY DETENTION CENTER, et al,          RESPOND TO DEFENDANTS'
                                                   MOTION FOR SUMMARY
14          Defendants.                            JUDGMENT AND EXTENSION FOR
                                                   DEFENDANTS TO REPLY
15
                                                   **(SECOND REQUEST)**
16

17          COMES NOW, Plaintiff, JAMES M. REESE, (hereinafter, "Plaintiff"), by and through his

18  counsel, the law firm of Hatfield & Associates, Ltd., and Defendants[1] Parole Board members

19  CONNIE BISBEE, ED GRAY, JR., and MICHAEL KEELER, Parole Board employee DARLA

20  FOLEY, and Parole & Probation Officers TODD KAYLOR, JONI BILLICH and MICHAEL

21  SLIVA (hereinafter collectively "Defendants"), by and through its counsel, Adam Paul Laxalt,

22  Nevada Attorney General, and Michael M. Miles, Nevada Deputy Attorney General, and do hereby

23  stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion for Summary

24  Judgment [ECF #75] and the time for Defendant to Reply to Plaintiff's Response.

25
26  ///

27

28  ------------------------------
    [1] Defendants have been captioned CLARK COUNTY DETENTION CENTER, *et al* by the Court.  Plaintiff intends to
    move to conform and amend the caption accordingly.

                                               1

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' second request for an extension concerning an extension of the time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

This request is made as Plaintiff has been unable to meet with Plaintiff's counsel due to an extensive work schedule and out-of-state travel for a new job, and conflicts with Plaintiff's counsel's schedule and ability to meet with Plaintiff. Accordingly, Plaintiff shall have an additional six (6) days up to and including March 14, 2018 to respond to Defendant's Motion and Defendants shall have up to and including April 6, 2018 to file a Reply, to accommodate Defendants' counsel's planned vacation.

In addition, a settlement conference is scheduled for March 21, 2018 and settlement briefs are due to the Court March 14, 2018 per this Court's ORDER, [ECF #77]. The parties have agreed to stipulate that Defendant shall have until March 16, 2018, by 4:00 p.m., to provide Defendant's settlement brief to the Court to provide time for Defendant to review Plaintiff's response to Defendants' Motion for Summary Judgment on March 14, 2018. Plaintiff will propose a separate stipulation and order to the Magistrate Judge for review of the proposed extension of the time for

///

///

///

///

///

///

///

///

///

Defendants to provide their settlement conference brief to the Court.

Dated: March 9, 2018.                          Dated: March 9, 2018.

ADAM PAUL LAXALT                        HATFIELD & ASSOCIATES, LTD.
Attorney General

                                                        /s/ Trevor J. Hatfield
/s/ Michael M. Miles
_____    _____
Michael M. Miles, Esq. (SBN 10932)      Trevor J. Hatfield, Esq. (SBN 7373)
Deputy Attorney General                     703 S. Eighth St.
State of Nevada                                  Las Vegas, NV 89101
Office of the Attorney General              (702) 388-4469 Tel.
555 E. Washington Avenue, Suite 3900   (702) 386-9825 Fax
Las Vegas, NV 89101                          thatfield@hatfieldlawassociates.com
mmiles@ag.nv.gov                             *Attorney for Plaintiff*
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  14  day of March, 2018.


                                                        _____
                                                        Gloria M. Navarro, Chief Judge
                                                        UNITED STATES DISTRICT COURT

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 8, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANTS TO REPLY (SECOND REQUEST)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 9th day of March 2018.          **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
          *Attorney for Plaintiff*