TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. REESE,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al,<br><br>    Defendants. | CASE NO: 2:15-cv-01633-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO PROVIDE THEIR SETTLEMENT CONFERENCE BRIEF TO THE COURT**<br><br>**(FIRST REQUEST)** |

    COMES NOW, Plaintiff, JAMES M. REESE, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants[1] Parole Board members CONNIE BISBEE, ED GRAY, JR., and MICHAEL KEELER, Parole Board employee DARLA FOLEY, and Parole & Probation Officers TODD KAYLOR, JONI BILLICH and MICHAEL SLIVA (hereinafter collectively "Defendants"), by and through its counsel, Adam Paul Laxalt, Nevada Attorney General, and Michael M. Miles, Nevada Deputy Attorney General, and do hereby stipulate and agree to extend the time for Defendants to provide their settlement brief to the Court.

    A settlement conference is scheduled for March 21, 2018 and settlement briefs are due to the Court March 14, 2018 per this Court's ORDER, [ECF #77]. The parties have agreed to stipulate that Defendant shall have until March 16, 2018, by 4:00 p.m., to provide Defendant's settlement brief to

---

[1] Defendants have been captioned CLARK COUNTY DETENTION CENTER, *et al* by the Court. Plaintiff intends to move to conform and amend the caption accordingly.

1

the Court to provide time for Defendant to review Plaintiff's response to Defendants' Motion for Summary Judgment, for which an extension is requested from the District Court to be due on March 14, 2018. This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension concerning an extension of the time for Defendant to provide Defendant's settlement brief to the Court.

| Dated: March 9, 2018. | Dated: March 9, 2018. |
|---|---|
| ADAM PAUL LAXALT<br>Attorney General | HATFIELD & ASSOCIATES, LTD.<br><br>/s/ Trevor J. Hatfield |
| _____<br>Michael M. Miles, Esq. (SBN 10932)<br>Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>mmiles@ag.nv.gov<br>*Attorneys for Defendants* | _____<br>Trevor J. Hatfield, Esq. (SBN 7373)<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**IT IS SO ORDERED.**

Dated this 13th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that on March 9, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO PROVIDE THEIR SETTLEMENT CONFERENCE BRIEF TO THE COURT (FIRST REQUEST)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 9th day of March 2018.    **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
  *Attorney for Plaintiff*